478

No. 69616.—Stone & Downer Co. *v.* United States, protest 61/21145 (Boston).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of machines for making paper or paper pulp and parts thereof, which parts are dedicated to use on or for the foregoing machines, and are similar in all material respects to those the subject of *Bird Machine Company* v. *United States* (51 CCPA 42, C.A.D. 835), the claim of the plaintiff was sustained.

No. 69617.—Gallagher & Ascher Company *v.* United States, protest 63/923–13270 (Chicago).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of parts for semiautomatic scales similar in all material respects to those the subject of Abstract 67716, the claim of the plaintiff was sustained.

No. 69618.—Zanin & Son, Inc. *v.* United States, protest 61/3211 (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of brass rods similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), the claim of the plaintiff was sustained.